DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL S. ZETLIN, GERRI S. ZETLIN,** and **CAROL T. WOLOWITZ,**
Appellants,

v.

**ROBERT McGILL AIR CONDITIONING, INC.,** and
**KOGEN CONSTRUCTION, INC.,**
Appellees.

No. 4D2024-3300

[November 6, 2025]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2023-CA-000445-XXXX-MB.

Jonathan Mann and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellants.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee Robert McGill Air Conditioning, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***